UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M/V CAP AVATELE, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-04093-WHO<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>Re: Dkt. No. 24 |

On November 19, 2019, all parties in the above-captioned action filed a stipulation to dismiss, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 24. Having reviewed the stipulation, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case and vacate all hearings.

Dated: November 27, 2019



William H. Orrick
United States District Judge